UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VIVIANA RAMIREZ, on her own behalf and
others similarly situated,

    Plaintiff,

v.                                                             Case No. 5:12-cv-100-Oc-34TBS

RAPTOR TECHNOLOGY GROUP, INC., a
Florida Profit Corporation, THOMAS P.
GLEASON, individually,

    Defendants.
_____/

## ORDER

    The Court enters this Order sua sponte.  On May 2, 2012, the Court issued a Report and Recommendation (Doc. 12) that Plaintiff's Motion for Final Default Judgment (Doc. 11) should be granted.  Following a review of the docket and upon due consideration, it appears Plaintiff has not complied with the Servicemembers Civil Relief Act, 50 U.S.C. § 521.  Accordingly, the Court hereby VACATES its Report and Recommendation.  The Court will hold this matter open for 10 days from the rendition of this Order to give Plaintiff an opportunity to comply with the statute.  If Plaintiff does not comply within 10 days the Court will issue a new Report and Recommendation that the entry of default judgment against Defendant, Thomas P. Gleason be denied.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on May 16, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel of Record