UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VIVIANA RAMIREZ, on her own behalf and
others similarly situated,

     Plaintiff,

v.                                              Case No.  5:12-cv-100-Oc-34TBS

RAPTOR TECHNOLOGY GROUP, INC., a
Florida Profit Corporation, THOMAS P.
GLEASON, individually,

     Defendants.

_____/

ORDER

Plaintiff has filed the Affidavit of Amanda E. Kayfus, Esquire (Doc. 15) to satisfy

the requirements of the Servicemembers Civil Relief Act, 50 App. U.S.C. § 501 et.

seq.

The purpose of the Act is "to provide for the temporary suspension of judicial and

administrative proceedings and transactions that may adversely affect the civil rights

of servicemembers during their military service." 50 App. U.S.C. § 502(2).  According

to Ms. Kayfus' affidavit, she knows Defendant, Thomas P. Gleason is not in military

service because on May 21, 2012 she and attorney, Christina J. Thomas spoke with

Mr. Gleason on the telephone and he confirmed he is not in the military service.

For a witness' testimony about a phone conversation to be admissible, the

identity of the person on the other end of the line must be sufficiently authenticated

under Fed. R. Evid. 901(b)(6).  This requirement is satisfied by evidence sufficient to

support a finding that the matter in question is what the proponent claims.  "[T]he

mere assertion of the identity by a person talking on the telephone is not be itself

sufficient to authenticate that person's identity, . . ." US. v. Dhinsa, 243 F.3d 635,

658-59 (2nd Cir. 2001) citing to U.S. v. Khan, 53 F.3d 507, 516 (2nd Cir. 1995) (quoting

Fed.R.Evid. 901(b)(6) advisory notes, ex. 6).  The Affidavit of Amanda E. Kayfus,

Esquire (Doc. 15), is insufficient because her telephone conversation with Defendant

Gleason has not been sufficiently authenticated.  The Court will allow Plaintiff ten

additional days to cure this defect in her papers.

     IT IS SO ORDERED.

     DONE AND ORDERED in Ocala, Florida, on May 29, 2012.

                                  THOMAS B. SMITH
                                  United States Magistrate Judge

     Copies to all Counsel