**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

VIVIANA RAMIREZ, on her own behalf
and others similarly situated,

        Plaintiff,

vs.                                          Case No.: 5:12-cv-100-Oc-34TBS

RAPTOR TECHNOLOGY GROUP, INC.,
a Florida Profit Corporation and
THOMAS P. GLEASON, individually,

        Defendants.

## **ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas B. Smith's Report and Recommendation (Dkt. No. 19; Report), entered on June 8, 2012. In the Report, Magistrate Judge Smith recommends that Plaintiff's Motion for Final Default Judgment (Dkt. No. 11) be granted, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff and against Defendants, jointly and severally. See Report at 10. Plaintiff has no objections to the Report and requests that the Court enter an Order granting Plaintiff's Motion for Final Default Judgment. See Notice of Non Objection to Report and Recommendation (Dkt. No. 20).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 19) of Magistrate Judge Smith is **ADOPTED** by the Court.

2. Plaintiff's Motion for Final Default Judgment (Dkt. No. 11) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendants, jointly and severally, for the following amounts:

    a. $8,168.00 in damages ($5,800.00 for the FLSA claim plus $1,900.00 for the breach of contract claim plus $468.00 in taxable costs), plus,

    b. Post-judgment interest, pursuant to 28 U.S.C. § 1961, to accrue at the rate provided for in Section 1961 from the date of entry of final judgment by the Clerk to the date of payment.

4. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Chambers, this 3rd day of July, 2012.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record

Thomas P. Gleason
as Registered Agent for Raptor Technology Group, Inc.
and Individually
7064 Sampey Road
Groveland, FL 34736